# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN MANUEL GONZALEZ-VILLEGAS (1),<br><br>　　　　　　　　　Defendant. | Criminal Case No. 95CR1556-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Juan Manuel Gonzalez-Villegas is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

　　IT IS SO ORDERED.

DATED: October 21, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT